# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>**NOTICE OF APPEARANCE** |

*THIS DOCUMENT RELATES TO:*

COLEEN MOORE GENN o/b/o BRIDGET MOORE                    Civil Case No. 3:17-cv-10599-FLW-LHG

## NOTICE OF SPECIAL APPEARANCE

The undersigned counsel, pursuant to Case Management Order No. 4, enter their special appearances on behalf of Defendant Personal Care Products Council ("PCPC"), thereby denying all allegations in the Plaintiffs' Short Form Complaints.  Pursuant to paragraph 5 of Case Management Order No. 4, the entry of this Notice of Special Appearance does not waive any of PCPC's defenses, objections, or motions available under state or federal law, including any challenge to jurisdiction.  PCPC expressly reserves the right to move for dismissal of some or all of Plaintiffs' claims and/or seek dismissal pursuant to Fed. R. Civ. P. 12, consistent with paragraph D of Case Management Order No. 2.

Dated: December 22, 2017            Respectfully submitted,

*/s/ Thomas T. Locke, Esq.*
Thomas T. Locke (DC Bar No. 454144)
Rebecca Woods (DC Bar No. 468495)
James R. Billings-Kang (DC Bar No. 984152)
**SEYFARTH SHAW LLP**
975 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393
tlocke@seyfarth.com
rwoods@seyfarth.com
jbillingskang@seyfarth.com

*Attorneys for Defendant Personal Care Products Council*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                */s/ Thomas T. Locke*
                Thomas T. Locke