DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000

*Attorneys for Defendants Johnson & Johnson and*
*Johnson & Johnson Consumer Inc., formerly known*
*as Johnson & Johnson Consumer Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COLEEN MOORE GENN, et al., | Civil A. No. 3:17-cv-10599 (FLW) (LHG) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| JOHNSON & JOHNSON, et al. | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc. (collectively, the "Johnson & Johnson Defendants").

With the filing of this Notice of Appearance, the Johnson & Johnson Defendants hereby adopt Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Answer to Plaintiffs' First Amended Master Long Form Complaint and Jury Demand, including all defenses therein including lack of personal jurisdiction, and deny all allegations in Plaintiffs' Short Form Complaint.

With this Notice of Appearance, the Johnson & Johnson Defendants do not waive any defenses, objections, or motions available under state or federal law, and the Johnson & Johnson Defendants expressly reserve the right to move for dismissal of some or all of Plaintiffs' claims and/or seek dismissal on lack of personal jurisdiction, improper venue, improper service, the doctrine of *forum non conveniens*, or any other applicable grounds.

DRINKER BIDDLE & REATH LLP

Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc.

By:  /s/ Susan M. Sharko
      Susan M. Sharko

Dated: January 22, 2018

**CERTIFICATION OF SERVICE**

      I hereby certify that on January 22, 2018, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Julie L. Tersigni*

Julie L. Tersigni
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932-1047
Phone: (973) 549-7106
Fax:     (973) 360-9831
E-mail: julie.tersigni@dbr.com