SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
(713) 227-8008
*Attorneys for Defendants Johnson & Johnson and*
*Johnson & Johnson Consumer Inc., formerly known*
*as Johnson & Johnson Consumer Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| COLEEN MOORE GENN, ET AL., | ) | Civil Case No. 3:17-cv-10599-FLW-LHG |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JOHNSON & JOHNSON, et al. | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc. (collectively, the "Johnson & Johnson Defendants").

With the filing of this Notice of Appearance, the Johnson & Johnson Defendants hereby adopt Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Answer to Plaintiffs' First Amended Master Long Form Complaint and Jury Demand, including all defenses therein including lack of personal jurisdiction, and deny all allegations in Plaintiff's Short Form Complaint.

With this Notice of Appearance, the Johnson & Johnson Defendants do not waive any defenses, objections, or motions available under state or federal law, and the Johnson & Johnson

Defendants expressly reserve the right to move for dismissal of some or all of Plaintiff's claims and/or seek dismissal on lack of personal jurisdiction, improper venue, improper service, the doctrine of forum non conveniens, or any other applicable grounds.

                                        SHOOK, HARDY & BACON L.L.P.

                                        Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc.

                                        By:   /s/ *Gene M. Williams*
                                                     Gene M. Williams

Dated:  January 24, 2018

## CERTIFICATION OF SERVICE

      I hereby certify that on January 24, 2018, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Gene M. Williams*
Gene M. Williams
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508
E-mail: gmwilliams@shb.com