UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COLEEN MOORE GENN OBO BRIDGET MOORE**<br><br>vs.<br><br>**Personal Care Products Council, et al.** | **MDL NO. 3:17-CV-10599**<br><br>Substitution of Attorney For Defendant, Personal Care Products Council |

The undersigned hereby consents to the substitution of Gino P. Mecoli, Esquire and Suzanne I. Turpin, Esquire as attorneys for Defendant, Personal Care Products Council, in the above entitled matter. By affixing their signatures below the withdrawing and substituting attorneys certify that this substitution of attorney will not cause or result in delay in the adjudication of this matter.

**SEYFARTH SHAW LLP**                                    **REILLY, MCDEVITT & HENRICH, P.C.**

BY: _____                    BY: _____*/s/ Suzanne I. Turpin*
    Thomas T. Locke, Esquire                             Gino P. Mecoli, Esquire
    Withdrawing Attorney                                    Suzanne I. Turpin, Esquire
                                                    Superseding Attorney
                                                    Reilly, McDevitt & Henrich, P.C.
                                                    Gino P. Mecoli, Esquire
                                                    Attorney Id No.: 018101989
                                                    Suzanne I. Turpin, Esquire
                                                    Attorney Id No: 035471992
                                                    3 Executive Campus, Ste. 310
                                                    Cherry Hill, New Jersey  08002
                                                    (856) 317-7180
                                                    Attorneys For Defendant,
                                                    Personal Care Products Council

Date:   __March 26, 2024__